IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 1:16-cr-366-01 |
| | : | 1:19-cv-1208 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| HENRY J. FLEMISTER, | : | |
| | : | |
| Defendant. | : | |

## ORDER

## January 27, 2021

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. Defendant Henry Flemister's Motion under 28 U.S.C. § 2255 to
Vacate, Set Aside, or Correct Sentence by Person in Federal Custody (Doc.
99) is **DENIED**.

2. Defendant Henry Flemister's Motion for Summary Judgment
(Doc. 103) is **DENIED**.

3. No certificate of appealability shall issue.

4. The Clerk of Court is directed to **CLOSE** the civil docket
number associated with this filing, 1:19-cv-1208.

s/ John E. Jones III
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania